**CERTIFICATE OF SERVICE**

  I, the undersigned, certify and declare that I am over the age of 18 years, employed in the State of New York, served a copy of the <u>Complaint for Writ of Mandamus</u> by personal service to the following addresses:

    Andrea Quarantillo
    New York District Director, USCIS
    c/o Office of the Principal Legal Advisor
    U.S. Citizenship and Immigration Services
    United States Department of Homeland Security
    425 I Street, NW; Room 6100
    Washington, D.C. 20536

    Office of the United States Attorney
     for the Southern District of New York
    Civil Process Clerk
    86 Chambers Street, Third Floor
    New York, NY 10007

  I, the undersigned, certify and declare that I am over the age of 18 years, employed in the State of New York, served a copy of the <u>Complaint for Writ of Mandamus</u> by certified mail return receipt requested to the following addresses:

    Emilio T. Gonzalez
    Director, USCIS
    c/o Office of the Principal Legal Advisor
    U.S. Citizenship and Immigration Services
    United States Department of Homeland Security
    425 I Street, NW; Room 6100
    Washington, D.C. 20536

    Michael Chertoff
    Secretary of the Department of Homeland Security
    Office of the General Counsel
    United States Department of Homeland Security
    Washington, D.C. 20528

    Michael B. Mukasey
    United States Attorney General
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001

Executed on _____ in the city of New York, State of New York.

                _____
                Michael L. Walker, Esq.