UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

MOHAMMAD MOHAKEM KHAN,

                    Plaintiff,      :      **ECF CASE**

      v.

                         :      08 Civ. 3129 (BSJ)

MICHAEL CHERTOFF, et al.,

            Defendants.    :      <u>NOTICE OF APPEARANCE</u>

-------------------------------------------------------- x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       April 8, 2008

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney for the
                            Southern District of New York

           By:    <u>/s/                          </u>
                            KIRTI VAIDYA REDDY
                            Assistant United States Attorney
                            86 Chambers Street, 3rd Floor
                            New York, New York 10007
                            Telephone: (212) 637-2751
                            Facsimile: (212) 637-2786
                            Email: kirti.reddy@usdoj.gov

To:    Gary J. Yarman, Esq.
        401 Broadway, Suite 1210
        New York, NY 10013