ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAY 27 2008
CHAMBERS OF
BARBARA S. JONES
U.S.D.J.

------------------------------------x

MOHAMMAD MOHAKEM KHAN,

               Plaintiff,

    -against-

MICHAEL CHERTOFF, Secretary, Department of
Homeland Security; ANDREA QUARANTILLO,
Director, New York Office, United States Citizenship
& Immigration Services,

               Defendants.

------------------------------------x

: STIPULATION AND ORDER

: 08 Civ. 3129 (BSJ)

: A# 46 765 400

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
       May 21, 2008

By: _____
MICHAEL L. WALKER
Attorney for Plaintiff
Yerman & Associates
401 Broadway, Suite 1210
New York, NY 10013
Telephone No.: (212) 219-2374



Dated: New York, New York
May 21, 2008

                     MICHAEL J. GARCIA
                     United States Attorney for the
                     Southern District of New York
                     Attorney for Defendants

By: _____
       KIRTI VAIDYA REDDY
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, NY 10007
       Telephone No.: (212) 637-2751

SO ORDERED:

_____
Barbara S. Jones
USDJ
June 2, 2008